IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22CR66 |
| vs. | ORDER |
| ADRIONNA LEEPER, | |
| Defendant. | |

On September 1, 2022 the court held a hearing on the motion of W. Randall Paragas to withdraw as counsel for the defendant, Adrionna Leeper (Filing No. 97). W. Randall Paragas represents that the defendant requested that he withdraw as counsel. After inquiry of the Defendant and his counsel, the court granted W. Randall Paragas' motion to withdraw (Filing No. 97).

Peder C. Bartling, 209 South 19th Street, Suite 500, Omaha, NE 68102, (402) 342-4118, is appointed to represent Adrionna Leeper for the balance of these proceedings pursuant to the Criminal Justice Act. W. Randall Paragas shall forthwith provide Peder C. Bartling any discovery materials provided to the defendant by the government and any such other materials obtained by W. Randall Paragas which are material to Adrionna Leeper's defense.

The clerk shall provide a copy of this order to Peder C. Bartling and the defendant.

**IT IS SO ORDERED.**

Dated this 6th day of September, 2022.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge