IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **8:22CR66** |
| v. | | **ORDER** |
| ADRIONNA L. LEEPER, | | |
| Defendant. | | |

This matter is before the Court upon the government's Amended Motion for Turnover of Funds to Apply to Restitution (Filing No. 192). The government is requesting the Court enter an Order authorizing the Omaha Police Department ("OPD") to turn over certain funds to the District Court Clerk that it is holding as custodian. These funds are to be applied towards the restitution owed by defendant Adrionna L. Leeper in this case. For good cause shown,

IT IS ORDERED:

1.  The government's motion (Filing No. 192) is granted.

2.  OPD is authorized to turn over $1,262.94 to the Clerk of the United States District Court for the District of Nebraska, 111 So. 18th Plaza, Suite 1152, Omaha, Nebraska 68102. In remitting said funds, OPD shall reference defendant Adrionna L. Leeper and case number 8:22CR66-003 so the Clerk can properly account for same.

3.  The Clerk shall accept said funds and apply the funds towards defendant Adrionna L. Leeper's restitution balance.

DATED this 10th day of June 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge